1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 19CR00346 - SVW |
|---|---|
| Plaintiff, | <u>INFORMATION</u> |
| v. | [18 U.S.C. § 113(a)(4): Assault by Striking, Beating, or Wounding; 18 U.S.C. § 113(a)(5): Simple Assault; 49 U.S.C. § 46506(1): Application of Certain Criminal Laws to Acts on Aircraft] |
| CLINT ERIN RASSCHAERT, | |
| Defendant. | |
| | [CLASS A MISDEMEANOR] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 113(a)(4); 49 U.S.C. § 46506(1)]

On or about October 1, 2016, while on an aircraft in the special aircraft jurisdiction of the United States, namely, China Southern Flight 327 from Guangzhou, China to Los Angeles, California, which landed in Los Angeles County, within the Central District of California, defendant CLINT ERIN RASSCHAERT assaulted A.R. by intentionally striking, beating, and wounding A.R., specifically, by using his fist to punch A.R. on the head.

COUNT TWO

[18 U.S.C. § 113(a)(5); 49 U.S.C. § 46506(1)]

On or about October 1, 2016, while on an aircraft in the special aircraft jurisdiction of the United States, namely, China Southern Flight 327 from Guangzhou, China to Los Angeles, California, which landed in Los Angeles County, within the Central District of California, defendant CLINT ERIN RASSCHAERT assaulted P.L. by intentionally using a display of force that reasonably caused P.L. to fear immediate bodily harm, specifically, by grabbing the neck pillow tied around P.L.'s neck and lifting P.L. off his seat.

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

MIRI SONG
Assistant United States Attorney
General Crimes Section